**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAUREN WILLIAMS-LESTER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| VISION FINANCIAL CORPORATION, | : | No. 15-6662 |
| Defendant. | : | |

## RULE TO SHOW CAUSE ORDER

**AND NOW**, this 7th day of **September, 2016,** it is hereby **ORDERED** that:

1.   Defendant Vision Financial Corporation shall show cause why it has not complied with the Court's Order, entered June 1, 2016, which required Defendant to retain new counsel within sixty (60) days.

2.   Defendant shall respond to this Rule to Show Cause Order in writing on or before **Friday, September 16, 2016**.

3.   Failure to comply with this Rule to Show Cause Order may result in sanctions.

BY THE COURT:

_____
**Berle M. Schiller, J.**