**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LAUREN WILLIAMS-LESTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.          ) | Case No.: **2:15-cv-06662-BMS** |
| ) | |
| **VISION FINANCIAL CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>CERTIFICATION OF AMY BENNECOFF GINSBURG</u>**

I, Amy L. Bennecoff Ginsburg, certify the following to be true and correct:

1.      I am an adult individual, and a member of the bar of the State of Pennsylvania in good standing, and a member in good standing of this Court. I personally handled the preparation of certain documents in this matter. This Certification is submitted in support of Plaintiff's Motion for an Award of Attorney's Fees and Costs.

2.      I am an associate at the law firm of Kimmel & Silverman, P.C. in Ambler, Pennsylvania.

3.      My firm represents Plaintiff in this case.

4.      The schedule attached hereto as Exhibit B. is a detailed summary indicating the amount of time spent and a brief description of the work performed by each attorney and legal assistant in this case, and the lodestar calculation based on my firm's current billing rates.  The schedule was prepared from contemporaneous daily time records and itemized in memos, regularly prepared and maintained by my firm, which are available at the request of the Court.

5.      The hourly rates for the attorneys in my firm included in Exhibit B. are the same as the regular current rates charged which have been accepted and approved in other litigation.

6.      The total number of hours expended on this litigation by my firm is 12.3 hours. The total lodestar for my firm is $3,195.50.

7.      As detailed in Exhibit B., my firm incurred a total of $400.00 in filing fees in connection with the prosecution of this case.

8.      The filing fee and expenses incurred in this action are reflected on the books and records of my firm.   These books and records are prepared from expense vouchers, check records, electronic time records and other source materials and are an accurate recordation of the expenses incurred.

I hereby certify that all "costs" set forth on the Fee Schedule were actually incurred and paid.

/s/ Amy L. Bennecoff Ginsburg           December 9, 2016
Amy L. Bennecoff Ginsburg, Esq.         DATE

**CERTIFICATE OF SERVICE**

I, AMY L. BENNECOFF GINSBURG, ESQUIRE, do certify that I served a true and correct copy of the Certification of Amy L. Bennecoff Ginsburg and Authorities, in the above-captioned matter, upon the following via mail:

Vision Financial Corp
11960 Westline Industrial Drive
Suite 330
Maryland Heights, MO 63146

Dated: December 9, 2016                    By: */s/ Amy L. Bennecoff Ginsburg*
                                                       Amy L. Bennecoff Ginsburg