## Exhibit B

| Date | Timekeeper | Task & Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Apr 29, 2015 | Ryan Fitzgerald | Discuss case with client, prepare memo to file | 0.8 | $265.00 | $212.00 |
| May 8, 2015 | Tara L. Patterson | Email to RF re consent to representation | 0.1 | $300.00 | $30.00 |
| Jul 2, 2015 | Natasha Childs | Prepare letter to client | 0.1 | $115.00 | $11.50 |
| Jul 22, 2015 | Zach Kimmel | Drafted Complaint | 0.3 | $115.00 | $34.50 |
| Oct 15, 2015 | Tara L. Patterson | Revise complaint; Email client to review complaint; Email final complaint to CTK for review and approval | 0.4 | $300.00 | $120.00 |
| Oct 16, 2015 | Tara L. Patterson | Call to client about complaint | 0.1 | $300.00 | $30.00 |
| Oct 19, 2015 | Tara L. Patterson | Email from CTK about attempting to resolve matter prelit, hold off on filing until tomorrow | 0.1 | $300.00 | $30.00 |
| Oct 19, 2015 | Craig Thor Kimmel | Email to A. Mills at Vision re settling prelit; Email to TLP telling her to hold off while attempt to resolve prelit | 0.2 | $425.00 | $85.00 |
| Oct 27, 2015 | Tara L. Patterson | Call to client | 0.1 | $300.00 | $30.00 |
| Nov 5, 2015 | Tara L. Patterson | Call to client | 0.1 | $300.00 | $30.00 |
| Nov 18, 2015 | Tara L. Patterson | Call to client; Prepare letter to client | 0.2 | $300.00 | $60.00 |
| Dec 1, 2015 | Tara L. Patterson | Call from client | 0.1 | $300.00 | $30.00 |
| Dec 16, 2015 | Tara L. Patterson | Call with clietn to confirm facts of complaint | 0.1 | $300.00 | $30.00 |
| Dec 16, 2015 | Tara L. Patterson | Drafted civil cover sheet, case designation form, and case management form. | 0.1 | $300.00 | $30.00 |
| Dec 17, 2015 | Tara L. Patterson | Receipt of ECF - Complaint (NOT BILLED) | 0.1 | $300.00 | $30.00 |
| Dec 17, 2015 | Tara L. Patterson | Receipt of ECF - Case Eligible for Arbitration (NOT BILLED) | 0.0 | $300.00 | $0.00 |
| Dec 17, 2015 | Tara L. Patterson | Receipt of ECF - DEMAND for Trial by Jury (NOT BILLED) | 0.0 | $300.00 | $0.00 |
| Dec 17, 2015 | Tara L. Patterson | Receipt of ECF - Summons Issued (NOT BILLED) | 0.0 | $300.00 | $0.00 |
| Dec 17, 2015 | Tara L. Patterson | EXPENSE - Filing Fee | | | $400.00 |
| Dec 22, 2015 | Tara L. Patterson | Drafted cover letter and mailed copy of complaint to client | 0.1 | $300.00 | $30.00 |
| Dec 22, 2015 | Tara L. Patterson | Prepare notice of lawsuit and waiver | 0.1 | $300.00 | $30.00 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Dec 22, 2015 | Tara L. Patterson | Drafted cover letter and certified mail receipt; placed complaint, notice of lawsuit, and waiver in mail to go out on 12-23-15 to Defendant | 0.1 | $300.00 | $30.00 |
| Jan 14, 2016 | Craig Thor Kimmel | Receipt and review of exec waiver | 0.1 | $425.00 | $42.50 |
| Jan 15, 2016 | Christine Vargas | Filed executed waiver | 0.1 | $165.00 | $16.50 |
| Jan 15, 2016 | Amy L. B. Ginsburg | Receipt of ECF re filed waiver (NOT BILLED) | 0.0 | $300.00 | $0.00 |
| Feb 19, 2016 | Craig Thor Kimmel | Email exchange with OPC about extension to answer | 0.2 | $425.00 | $85.00 |
| Feb 22, 2016 | Amy L.B. Ginsburg | Email exchange with OPC re stip | 0.2 | $300.00 | $60.00 |
| Feb 23, 2016 | Amy L.B. Ginsburg | Receipt of ECF re request for 14 days to answer | 0.1 | $300.00 | $30.00 |
| Mar 8, 2016 | Amy L.B. Ginsburg | Review DEF answer and corp disclosure | 0.2 | $300.00 | $60.00 |
| Mar 15, 2016 | Melanie Panasiuk | Drafted Plaintiff's R26 Disclosures | 0.1 | $165.00 | $16.50 |
| Mar 25, 2016 | Amy L.B. Ginsburg | Receipt of ECF re arb hearing; Review | 0.1 | $300.00 | $30.00 |
| Mar 29, 2016 | Amy L.B. Ginsburg | Receipt of arb notice; Give to NC | 0.1 | $300.00 | $30.00 |
| Mar 29, 2016 | Natasha Childs | Emailed client to notify her of the 7-21-16 Arbitration | 0.1 | $165.00 | $16.50 |
| Apr 15, 2016 | Melanie Panasiuk | Per ALBG's email- calendared DED date | 0.1 | $165.00 | $16.50 |
| Apr 20, 2016 | Melanie Panasiuk | Receipt and review of DEF R26 disc | 0.1 | $165.00 | $16.50 |
| Apr 27, 2016 | Melanie Panasiuk | Call with client to discuss status | 0.2 | $165.00 | $33.00 |
| Apr 29, 2016 | Natasha Childs | Prepare cover letter and mail discovery requests to DEF | 0.2 | $165.00 | $33.00 |
| May 2, 2016 | Natasha Childs | Prepared and Faxed Subpoena issued to Sprint | 0.1 | $165.00 | $16.50 |
| May 25, 2016 | Amy L.B. Ginsburg | Receipt of letter from Sprint; Give to NC | 0.1 | $300.00 | $30.00 |
| May 26, 2016 | Melanie Panasiuk | Sent client email to remind her of 7/21 arb scheduled | 0.1 | $165.00 | $16.50 |
| May 27, 2016 | Amy L.B. Ginsburg | Receipt/Review of DEF motion to withdraw as counsel in hard copy; Give to NC | 0.1 | $300.00 | $30.00 |
| Jun 1, 2016 | Natasha Childs | Mail Sprint consent form to client | 0.1 | $165.00 | $16.50 |
| Jun 6, 2016 | Richard Albanese | Prepared and filed motion to extend discovery end date. | 1.2 | $265.00 | $318.00 |
| Jun 7, 2016 | Richard Albanese | Call to chambers about procedure to extend discovery, Email ALBG re same | 0.2 | $265.00 | $53.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Jun 7, 2016 | Amy L.B. Ginsburg | Receipt of ECF re arbitration | 0.1 | $300.00 | $30.00 |
| Jun 10, 2016 | Amy L.B. Ginsburg | Receipt of arb notice in hard copy, review; Give to NC | 0.1 | $300.00 | $30.00 |
| Jun 17, 2016 | Natasha Childs | Call with client about consent form for Sprint; Discuss with ALBG | 0.2 | $165.00 | $33.00 |
| Jun 22, 2016 | Natasha Childs | Prepare and mail letter to client with rescheduled arb information | 0.1 | $165.00 | $16.50 |
| Jul 20, 2016 | Natasha Childs | Email reminder to client re arbitration | 0.1 | $165.00 | $16.50 |
| Aug 4, 2016 | Melanie Panasiuk | Emailed client notice of Arb | 0.1 | $165.00 | $16.50 |
| Aug 23, 2016 | Amy L.B. Ginsburg | Email to MP re follow-up needed next week on case | 0.1 | $300.00 | $30.00 |
| Aug 25, 2016 | Melanie Panasiuk | Email to client re reminder for arb | 0.1 | $165.00 | $16.50 |
| Aug 29, 2016 | Richard Albanese | Called and LVM for clerk re: counsel not being entered. | 0.3 | $265.00 | $79.50 |
| Sep 6, 2016 | Natasha Childs | Email client re arbitration; Client confirmed for arbitration and requested another authorization form; Email client Sprint consent form | 0.3 | $165.00 | $49.50 |
| Sep 6, 2016 | Natasha Childs | Email client Sprint consent form | 0.1 | $165.00 | $16.50 |
| Sep 7, 2016 | Amy L.B. Ginsburg | Review order re arbitration sent via ECF | 0.1 | $300.00 | $30.00 |
| Sep 8, 2016 | Amy L.B. Ginsburg | Receipt of OTSC | 0.1 | $300.00 | $30.00 |
| Sep 12, 2016 | Richard Albanese | Email to ALBG about pending OTSC | 0.1 | $265.00 | $26.50 |
| Sep 20, 2016 | Richard Albanese | Status Review - DEF failed to show cause | 0.1 | $265.00 | $26.50 |
| Sep 21, 2016 | Amy L.B. Ginsburg | Email to RA to prepare request to cancel arb in light of DEF not getting new counsel and not showing cause | 0.1 | $300.00 | $30.00 |
| Sep 22, 2016 | Craig Thor Kimmel | Call with court about DEF not complying with two prior orders and requesting we file motion re upcoming arb | 0.1 | $425.00 | $42.50 |
| Sep 22, 2016 | Richard Albanese | Call with Court re: upcoming motions. | 0.1 | $265.00 | $26.50 |
| Sep 28, 2016 | Amy L.B. Ginsburg | Email to RA about upcoming arb and status of case | 0.1 | $300.00 | $30.00 |
| Sep 29, 2016 | Natasha Childs | Email from client about upcoming arb | 0.1 | $165.00 | $16.50 |
| Sep 29, 2016 | Melanie Panasiuk | E-filed Motion for Sanctions and cancel arb | 0.1 | $165.00 | $16.50 |
| Sep 29, 2016 | Melanie Panasiuk | Sent copy of filed motion to Def via standard mail | 0.2 | $165.00 | $33.00 |
| Sep 29, 2016 | Melanie Panasiuk | Emailed client that we filed motion to cancel the arb- | 0.1 | $165.00 | $16.50 |

| Date | Attorney | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Sep 29, 2016 | Amy L.B. Ginsburg | Receipt of ECF re motion to cancel arb (NOT BILLED) | 0.0 | $300.00 | $0.00 |
| Sep 30, 2016 | Craig Thor Kimmel | Call from Court about motion filed | 0.1 | $425.00 | $42.50 |
| Sep 30, 2016 | Amy L.B. Ginsburg | Receipt of ECF re arb cancelled | 0.1 | $300.00 | $30.00 |
| Oct 7, 2016 | Amy L.B. Ginsburg | Receipt of ECF re default motion (NOT BILLED) | 0.0 | $300.00 | $0.00 |
| Oct 10, 2016 | Amy L.B. Ginsburg | Receipt and review of hard copy cancellation of arb notice; Give to NC | 0.1 | $300.00 | $30.00 |
| Oct 13, 2016 | Amy L.B. Ginsburg | Receipt of entry of default; Email to MP to calendar DJ motion | 0.1 | $300.00 | $30.00 |
| Oct 18, 2016 | Amy L.B. Ginsburg | Email to MP to calendar DJ motion | 0.1 | $300.00 | $30.00 |
| Oct 25, 2016 | Amy L.B. Ginsburg | Receipt of ECF re mail returned that was sent to DEF | 0.1 | $300.00 | $30.00 |
| Oct 31, 2016 | Richard Albanese | Review status of case - Default entered 10/13. Need to file a motion for DJ ASAP. Emailed MP to Calendar. | 0.2 | $265.00 | $53.00 |
| Oct 31, 2016 | Amy L.B. Ginsburg | Receipt of ECF re mail returned that was sent to DEF | 0.1 | $300.00 | $30.00 |
| Nov 3, 2016 | Amy L.B. Ginsburg | Review notation on docket re orders sent to DEF resent | 0.1 | $300.00 | $30.00 |
| Nov 21, 2016 | Amy L.B. Ginsburg | Receipt of ECF indicating mail sent to DEF returned | 0.1 | $300.00 | $30.00 |
| Dec 2, 2016 | Richard Albanese | Email to ALBG to generate bill for DJ motion | 0.1 | $265.00 | $26.50 |
| Dec 5, 2016 | Amy L.B. Ginsburg | Call from Judge Schiller's chambers - discuss procedure and timing for DJ; Email to RA re same | 0.2 | $300.00 | $60.00 |
| Dec 9, 2016 | Richard Albanese | Preparation of DJ motion for ALBG's Review | 1.0 | $265.00 | $265.00 |
| | | | **Total File Time** | | **Bill Total** |
| | | | 12.3 | | $3,595.50 |