UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAUREN WILLIAMS-LESTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **2:15-cv-06662-BMS** |
| ) | |
| **VISION FINANCIAL CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

    I, Amy L. Bennecoff Ginsburg, counsel for Plaintiff, being duly sworn according to law deposes and says that the above named, Vision Financial Corporation, is not in the military service of the United States of America as defined by the Soldiers' and Sailors' Civil Relief Act of 1940 as amended; that said, Defendant is not under 21 years of age and is <u>sui juris</u>.

                                      RESPECTFULLY SUBMITTED,

DATED:  December 9, 2016        KIMMEL & SILVERMAN, P.C.

                                      By: <u>/s/ Amy L. Bennecoff Ginsburg</u>
                                      Amy L. Bennecoff Ginsburg
                                      Kimmel & Silverman, P.C.
                                      30 East Butler Pike
                                      Ambler, Pennsylvania 19002
                                      Phone: (215) 540-8888
                                      Facsimile:(877) 788-2864
                                      Email: aginsburg@creditlaw.com

**CERTIFICATE OF SERVICE**

I, AMY L. BENNECOFF GINSBURG, ESQUIRE, do certify that I served a true and correct copy of the Affidavit Under Soldiers' and Sailors' Civil Relief act of 1940 As Amended, in the above-captioned matter, upon the following via mail:

Vision Financial Corp
11960 Westline Industrial Drive
Suite 330
Maryland Heights, MO 63146

Dated:  December 9, 2016                    By: */s/ Amy L. Bennecoff Ginsburg*
                                                 Amy L. Bennecoff Ginsburg