UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAUREN WILLIAMS-LESTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **2:15-cv-06662-BMS** |
| ) | |
| **VISION FINANCIAL CORPORATION,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Defendant, Vision Financial Corporation, having failed to Defendant, and default having been duly entered.

NOW, upon application of Plaintiff and affidavits demonstrating that Defendant owes Plaintiff the sum of $1,000.00, that Defendant is not an infant or incompetent person or in the military service of the United States, that Plaintiff has incurred attorney's fees and costs in the sum of $3,595.50, and that Defendant's actions were willful and malicious and meet the standard for punitive damages.

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant, Vision Financial Corporation, the sum of $4,595.50 with interest as provided by law.

**CERTIFICATE OF SERVICE**

I, AMY L. BENNECOFF GINSBURG, ESQUIRE, do certify that I served a true and correct copy of the [Proposed] Order and Authorities, in the above-captioned matter, upon the following via mail:

Vision Financial Corp
11960 Westline Industrial Drive
Suite 330
Maryland Heights, MO 63146

Dated: December 9, 2016                    By: */s/ Amy L. Bennecoff Ginsburg*
                                                Amy L. Bennecoff Ginsburg