IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREN WILLIAMS-LESTER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VISION FINANCIAL CORPORATION, | : | No. 15-6662 |
| Defendant. | : | |

FILED
FEB 0 1 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

### ORDER & JUDGMENT

**AND NOW**, this **1st** day of **February, 2017**, upon consideration of Plaintiff's Motion for Default Judgment (Document No. 18), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Judgment is entered in favor of Plaintiff and against Defendant in the total amount of $4,595.50, as follows:

    a. Damages in the amount of $1,000;

    b. Attorney's fees in the amount of $3,195.50; and

    c. Costs in the amount of $400.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.